### 17170.   CARSON *v.* THE STATE.

A verdict supported by any evidence and approved by the trial judge can not be disturbed by this court because of alleged insufficiency of evidence.

DECIDED MAY 12, 1926.

Manslaughter; from Cobb superior court—Judge Blair. January 9, 1926.

*Lindley W. Camp, John T. Dorsey,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.

BLOODWORTH, J.   The motion for a new trial contains the general grounds only.   There is some evidence to support the verdict, and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Bradham* v. *State*, 21 *Ga. App.* 510 (94 S. E. 618).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

---

Criminal Law, 17 C. J. p. 271, n. 41.